UNITED STATES of America,
Plaintiff–Appellee

v.

Gloria Cantu FLORES, Defendant–
Appellant.

No. 06–41543
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

April 16, 2008.

Heather Harris Rattan, Assistant U.S. Attorney, U.S. Attorney's Office Eastern District of Texas, Plano, TX, for Plaintiff–Appellee.

Gerald W. Cobb, Philips & Hopkins, Denton, TX, for Defendant–Appellant.

Before PRADO, OWEN, and SOUTHWICK, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Gloria Cantu Flores has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Flores has not filed a response. Our independent review of the record and counsel's brief discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.